IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER A. EASON, SR.**                                **PETITIONER**

v.                        Case No. 5:18-cv-00109-KGB

**WENDY KELLEY**                                                   **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Christopher A. Eason, Sr.'s petition for a writ of *habeas corpus* is dismissed. The relief requested is denied.

It is so adjudged this 14th day of June, 2021.

                                                    Kristine G. Baker
                                                    United States District Judge